NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT N. METHENITIS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br><br>  Defendant.<br>_____<br>COUNTRYWIDE HOME LOANS, INC.,<br><br>  Counter-Claimant,<br><br>  v.<br><br>ROBERT N. METHENITIS,<br><br>  Counter-Defendant.<br>_____ | CV 08-3202 AHS(FMOx)<br><br>ORDER GRANTING DEFAULT JUDGMENT AGAINST ROBERT N. METHENITIS, DISMISSING METHENITIS'S FIRST CLAIM FOR RESCISSION, AND REMANDING ACTION |

In light of default having been entered in favor of defendant/counter-claimant Countrywide Home Loans, Inc., and plaintiff/counter-defendant Robert N. Methenitis's non-opposition, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Default judgment is entered against plaintiff/counter-defendant Robert N. Methenitis ("Methenitis") and in favor of defendant/counter-claimant Countrywide Home Loans, Inc. ("CHL") on CHL'S Counterclaim.

2. Methenitis is not entitled to rescission of his loan transaction with CHL. Accordingly, the Court hereby dismisses Methenitis's first claim for rescission under The Truth and Lending Act, 15 U.S.C. §§ 1635, et seq.

3. The action is remanded to the Superior Court for the State of California in and for the County of Los Angeles, Case No. BC385685.

DATED: October 9, 2009.

                    ___ALICEMARIE H. STOTLER___
                    ALICEMARIE H. STOTLER
                    UNITED STATES DISTRICT JUDGE

# NOTICE PARTY SERVICE LIST

LASC CASE #BC385685

**Case No.** _____ **Case Title** _____

**Title of Document** _____

| | | | | |
|---|---|---|---|---|
| ☐ | ADR | | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | BAP (Bankruptcy Appellate Panel) | | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | BOP (Bureau of Prisons) | | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | ☐ | US Bankruptcy Court |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Chief Deputy Admin | | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Chief Deputy Ops | | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Clerk of Court | | ☐ | US Probation Office (USPO) |
| ☐ | Death Penalty H/C (Law Clerks) | | ☐ | US Trustee's Office |
| ☐ | Dep In Chg E Div | | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Dep In Chg So Div | | | |
| ☐ | Federal Public Defender | | | |
| ☐ | Fiscal Section | | | |
| ☐ | Intake Section, Criminal LA | | | |
| ☐ | Intake Section, Criminal SA | | | |
| ☐ | Intake Supervisor, Civil | | | |
| ☐ | MDL Panel | | | |
| ☐ | Ninth Circuit Court of Appeal, Clerk | | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | | |
| ☐ | PSA - Los Angeles (PSALA) | | | |
| ☐ | PSA - Riverside (PSAED) | | | |
| ☐ | PSA - Santa Ana (PSASA) | | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | | |
| ☐ | Statistics Clerk | | | |

☐ *ADD NEW NOTICE PARTY*
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

*JUDGE / MAGISTRATE JUDGE (list below):*

**Initials of Deputy Clerk** _____